**Electronically Filed
Supreme Court
SCAD-20-0000365
02-DEC-2021
07:50 AM
Dkt. 53 ORD**

SCAD-20-0000365

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

In re CHRISTOPHER S. BOUSLOG, Bar No. 3087

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the November 16, 2021 renewed motion for permission to withdraw from the representation of disciplined attorney Christopher Bouslog in this matter, filed by attorney Keith Shigetomi, which we deem a timely response to this court's November 1, 2021 order to show cause, the November 17, 2021 response filed by Bradley Tamm, as Trustee Administrator at the Office of Disciplinary Counsel (ODC), the November 18, 2021 amended declaration filed by attorney Shigetomi, the lack of response from Bouslog, and the record in this matter and in Office of Disciplinary Counsel v. Bouslog, SCPR-20-70, we find that attorney Shigetomi has now complied

with the requirements of Rule 50(a) of the Hawaiʻi Rules of Appellate Procedure and with this court's May 27, 2021 order, by providing assurances of his cooperation with ODC and the Lawyers' Fund for Client Protection, particularly in regard to the proper safeguarding of all client files and other property from Bouslog's former practice.  Therefore,

IT IS HEREBY ORDERED that the motion for permission to withdraw is granted.  The clerk of the court shall take the necessary steps to reflect in the record of this case attorney Shigetomi's withdrawal as counsel for Christopher Bouslog.

DATED:  Honolulu, Hawaiʻi, December 2, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins